IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 16-CR-164** |
| : | |
| v.   : | **(Chief Judge Conner)** |
| : | |
| **BRIAN G. ACOSTA,** : | |
| : | |
| **Defendant** : | |

# **ORDER**

AND NOW, this 16th day of February, 2017, upon consideration of the motion (Doc. 34) to suppress evidence filed by defendant Brian G. Acosta, and the parties' respective briefs in support of and opposition to said motion, (Docs. 35, 37, 45-46), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that the motion (Doc. 34) to suppress evidence is DENIED.

　　　　　　　　　　　　　　　/S/ CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　Christopher C. Conner, Chief Judge
　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　Middle District of Pennsylvania